UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIS MILLER,

    Plaintiff,

v.                                                Case No. 3:21cv371-LC-HTC

SGT V. DAY

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 1, 2021 (ECF No. 7). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 6 day of May, 2021.

                     *s/L.A. Collier*
                  **LACEY A. COLLIER**
                  **SENIOR UNITED STATES DISTRICT JUDGE**